UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRINLEY HOLDINGS INC., and FREESTREAM AIRCRAFT (BERMUDA) LTD., Plaintiffs, v. RSH AVIATION, INC. and JOHN T. DUSEK III, Defendants. | No. 18-CV-06546 Hon. Steven C. Seeger Hon. Sunil R. Harjani |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 23, 2020, a Motion for Leave to Appear *pro hac vice* was filed by Marc Ayala, a copy of which was served upon you via the Court's CM/ECF delivery service.

**PLEASE TAKE FURTHER NOTICE** that this matter is set to be heard on Tuesday, January 28, 2020 at 9:00 a.m. before the Honorable Steven C. Seeger at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 in Room 2319.

Dated: January 23, 2020

Respectfully Submitted,

By: /s/ Marc Ayala
    Attorney for Plaintiffs

Courtney R. Rockett (*admitted pro hac vice*)
Marc Ayala (*pro hac vice* motion pending)
Andrew P. Steinmetz (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(914) 749-8200

John C. Ellis
**ELLIS LEGAL P.C.**
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 767-3256