UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRINLEY HOLDINGS INC., and FREESTREAM AIRCRAFT (BERMUDA) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RSH AVIATION, INC. and JOHN T. DUSEK III, <br><br> Defendants. | No. 18-CV-06546 <br><br> Hon. Steven C. Seeger <br><br> Hon. Sunil R. Harjani |

### MOTION TO WITHDRAW APPEARANCE OF ATTORNEY PATRICK J. ROHAN

I, Patrick J. Rohan, an attorney, hereby moves this Honorable Court for leave to withdraw as counsel for Plaintiffs, BRINLEY HOLDINGS INC. and FREESTREAM AIRCRAFT (BERMUDA) LTD., for the reasons stated below.

1. After initially appearing *pro hac vice,* I am no longer going to be performing work on this matter on behalf of Plaintiffs.

2. Plaintiffs will continue to be represented by attorneys Courtney R. Rockett and Andrew P. Steinmetz of BOIES SCHILLER FLEXNER LLP along with their local counsel, John C. Ellis of ELLIS LEGAL P.C. Additionally, Marc Ayala of BOIES SCHILLER FLEXNER LLP will be filing a Motion for Leave to Appear *Pro Hac Vice.*

3. Accordingly, my withdrawal as an attorney for Plaintiffs will not prejudice their representation or delay these proceedings.

WHEREFORE, I respectfully request this Honorable Court to enter an order granting my leave to withdraw as attorney for Plaintiffs, BRINLEY HOLDINGS INC. and FREESTREAM

AIRCRAFT (BERMUDA) LTD., in this matter and for any other relief this Honorable Court deems just and proper.

Dated: January 24, 2020                                  Respectfully submitted,

                                                         /s/ Patrick J. Rohan
                                                         *One of the Attorneys for Plaintiffs*

Patrick J. Rohan
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200
prohan@bsfllp.com